## Notice of Returned Mail to Debtor/Debtor's Attorney

July 16, 2019
From: United States Bankruptcy Court, Northern District of California
Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice
In re: Tessa Jones, Case Number 19-41525, CN

TO THE DEBTOR/DEBTOR'S ATTORNEY:
The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.
**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**130 Clay St #300**
**Oakland, CA 94612**

| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
|---|---|
| Steadfast Insurance Company<br>109 York Ave<br>Weatherford, TX 76086-3273 | Steadfast Insurance Company<br>109 York Ave, Suite 207<br>Weatherford, TX 76086-3273 |

/s/ Carl Gustafson                                        07/17/2019
Signature of Debtor or Debtor's Attorney                 Date